# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: January 6, 2012
Court Reporter: Janet Coppock                  Time: 27 minutes
Probation Officer: Robert Ford                 Interpreter: n/a

---

**CASE NO.  11-CR-00335-PAB**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Pageen Rhyne


              Plaintiff,


vs.


**DEANNA MARIE GILLESPIE,**                    Matthew Belcher



              Defendant.

---

### CHANGE OF PLEA

---

**11:09 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond .

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00335-PAB
January 6, 2012

Comments by Ms. Rhyne indicating the Government would submit on its papers regarding the motion for downward departure.

Comments by Mr. Belcher.

Court states its findings.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #15), filed 12/20/11 is **GRANTED.**

Argument by Mr. Belcher in support of defendant's Motion for Non-Guideline Sentence for Downward Sentencing Variance and comments addressing sentencing.

Comments by Ms. Rhyne indicating no objection to defendant's motion and addressing sentencing.

Defendant addresses the Court.

Court states its findings.

**ORDERED:**  Defendant's Motion for Non-Guideline Sentence for Downward Sentencing Variance (Doc #17), filed 12/21/11 is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his/her plea on          to counts

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be placed on probation for a period of **5** years.

**ORDERED:  Conditions** of Probation are that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

Page Three
11-CR-00335-PAB
January 6, 2012

(**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

(**X**)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence report indicates a low risk of future substance abuse by the defendant.

**ORDERED:   Special Condition** of Probation are that:

(**X**)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

(**X**)   As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of probation.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** as follows:

$ **651,728.75**          to          **Pueblo Bank & Trust**
**Attention: Scott Thorson**
**301 West 5th**
**Pueblo, Colorado 81003**

**ORDERED:**   Interest on restitution is **WAIVED.**

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
11-CR-00335-PAB
January 6, 2012

**ORDERED:**  Bond is exonerated.

**11:36 a.m.**              **COURT IN RECESS**

**Total in court time:**        **27 minutes**

**Hearing concluded**